J. Scott Carr (SBN 136706)
scarr@kcozlaw.com
Abigail Stecker Romero (SBN 284534)
aromero@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Ave, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

Attorneys for Defendant HYATT CORPORATION d/b/a HYATT REGENCY SACRAMENTO (*erroneously sued as both "Hyatt Corporation" and "Hyatt Corporation d/b/a Hyatt Regency Sacramento*")

Galen T. Shimoda (SBN 226752)
attorney@shimodalaw.com
Justin P. Rodriguez (SBN 278275)
jrodriguez@shimodalaw.com
Brittany V. Berzin (SBN 325121)
bberzin@shimodalaw.com.
Shimoda Law Corp.
9401 E. Stockton Blvd., Suite 120,
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorneys for Plaintiff Janice Insixiengmay, individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE INSIXIENGMAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HYATT CORPORATION, a Delaware Corporation; HYATT CORPORATION DBA HYATT REGENCY SACRAMENTO, an unknown association; and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No. 2:18-cv-02993-TLN-DB**<br><br>**JOINT REPORT AND SECOND STIPULATION TO STAY DISCOVERY DUE TO COVID-19 PANDEMIC; ORDER**<br><br>Hon. Troy L. Nunley<br><br>Complaint Removed: Nov. 15, 2018 |

1
JOINT REPORT AND SECOND STIPULATION TO STAY DISCOVERY

Defendant Hyatt Corporation d/b/a Hyatt Regency Sacramento ("Hyatt") and Plaintiff Janice Insixiengmay ("Plaintiff") previously stipulated to and the Court approved a stay of discovery in this matter until July 2, 2020 in light of the unique and unprecedented impact of the COVID-19 pandemic.  For this same reason, the Parties hereby stipulate to a further stay of the discovery period until approximately August 1, 2020, and state as follows:

## JOINT REPORT AND STIPULATION

WHEREAS, during the Rule 26(f) conference on April 1, 2020, the Parties discussed the specific and severe impact of the COVID-19 pandemic on Hyatt's operations, including that: (1) the Hyatt Regency Sacramento Hotel where Plaintiff was employed was closed at least through May 15, 2020; and (2) Hyatt's corporate operations have been drastically impacted by the COVID-19 pandemic;

WHEREAS, on or about April 7, 2020, the Court approved to a 90-day stay of the discovery period through and including July 2, 2020.

WHEREAS, the Court ordered the Parties to provide a status update by June 26, 2020 regarding whether they believe a further stay is necessary and, if not, a proposed scheduling order;

WHEREAS, the COVID-19 pandemic has continued to cause an extreme and undue hardship on Hyatt;

WHEREAS, Hyatt is now in the process of reopening and believes it will be in a position to begin discovery after August 1, 2020; and

WHEREAS, the Parties agreed that continuing the stay of the discovery period up to August 1, 2020 is reasonably necessary given the unprecedented impact of the COVID-19 pandemic.

NOW THEREFORE, the Parties stipulate to a stay of the discovery period through August 1, 2020.  The Parties further stipulate to provide the Court a status update by July 24, 2020 regarding whether they believe a further stay is necessary and, if not, a proposed scheduling order.

KABAT CHAPMAN & OZMER LLP

Dated: June 26, 2020						By: *Abigail Stecker Romero*
									J. Scott Carr
									Abigail Stecker Romero

								Attorneys for Defendant

								SHIMODA LAW CORP.


Dated: June 26, 2020						By: *Justin P. Rodríguez* (with permission)
									Galen T. Shimoda
									Justin P. Rodríguez
									Brittany V. Berzin

								 Attorneys for Plaintiff

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. Discovery is stayed through and including July 31, 2020; and

2. The Parties must provide the Court a status update by July 24, 2020 regarding whether they believe a further stay is necessary and, if not, a proposed scheduling order.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: June 26, 2020

Troy L. Nunley
United States District Judge