Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Brittany V. Berzin (Cal. State Bar No. 325121)
**Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 120
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
         jrodriguez@shimodalaw.com

Attorneys for Plaintiff JANICE INSIXIENGMAY,
on behalf of herself and similarly situated employees

Joseph W. Ozmer II (SBN 316203)
J. Scott Carr (SBN 136706)
Abigail Stecker Romero (SBN 284534)
KABAT CHAPMAN & OZMER LLP
333 S. Grand Ave., Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333
Email: jozmer@kcozlaw.com
         scarr@kcozlaw.com
         aromero@kcozlaw.com

Attorneys for Defendants HYATT CORPORATION
d/b/a HYATT REGENCY SACRAMENTO (*erroneously sued as both "Hyatt Corporation" and "Hyatt Corporation dba Hyatt Regency Sacramento*")

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE INSIXIENGMAY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>HYATT CORPORATION, a Delaware Corporation; HYATT CORPORATION DBA HYATT REGENCY SACRAMENTO, an unknown association; and DOES 1 to 100, inclusive,<br><br>            Defendants. | **Case No. 2:18-cv-02993-TLN-DB**<br><br>**STIPULATION AND ORDER TO AMEND THE COURT'S AMENDED PRETRIAL SCHEDULING ORDER TO CONTINUE PHASE I DISCOVERY**<br><br><br><br>Complaint Filed:    October 4, 2018<br>FAC Filed:              April 7, 2020 |

This Stipulation and proposed Order is entered into between Plaintiff JANICE INSIXIENGMAY ("Plaintiff") and Defendant HYATT CORPORATION d/b/a HYATT REGENCY SACRAMENTO (*erroneously sued as both "Hyatt Corporation" and "Hyatt Corporation dba Hyatt Regency Sacramento"*) ("Defendant") (all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, the Court entered an Amended Pretrial Scheduling Order on August 3, 2020 (Document No. 29) providing that Phase I discovery regarding facts that are relevant to whether this action should be certified as a class action shall be completed within two hundred forty (240) days (*i.e.,* March 31, 2021);

WHEREAS, Plaintiff and Defendant have propounded written discovery but have not yet taken depositions;

WHEREAS, counsel for Plaintiff and Defendant have been proactively meeting and conferring regarding responses to the written discovery to avoid unnecessary utilization of the Court's resources;

WHEREAS, while the meet and confer process is ongoing, it is taking a substantial amount of time due to the volume of information and nature of the requests;

WHEREAS, counsel for Plaintiff and Defendant are working to complete agreed upon samplings of wage and time record data;

WHEREAS, during an informal discovery conference on February 19, 2021 with Hon. Deborah Barnes, the Court suggested a stipulation and order to continue the factual discovery deadline as a potential option to allow the discovery issues to resolve themselves given how well the parties have been able to confer to narrow discovery disputes;

WHEREAS, Defendant will likely wish to depose any putative class members who provide declarations;

WHEREAS, to allow the Parties to continue to work cooperatively through the discovery issues without requiring formal discovery orders on motions to compel, the Parties believe additional time is necessary to complete Phase I discovery and agree there is good cause to continue the deadline for Phase I discovery approximately sixty (60) days;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
2  Parties, subject to the approval of the Court, as follows:
3     1.  The Court's Amended Pretrial Scheduling Order (Document No. 29) will be amended to
4  continue the deadline to complete Phase I discovery regarding facts that are relevant to whether this
5  action should be certified as a class action to June 1, 2021.

**Shimoda Law Corp.**

Dated: February 26, 2021            By:   /s/ Justin P. Rodriguez
                                          Galen T. Shimoda
                                          Justin P. Rodriguez
                                          Brittany V. Berzin
                                          Attorneys for Plaintiff


KABAT CHAPMAN & OZMER LLP

Dated: February 26, 2021            By:   /s/ J. Scott Carr
                                          Joseph W. Ozmer II
                                          J. Scott Carr (as authorized on 2/26/2021)
                                          Abigail Stecker Romero
                                          Attorneys for Defendants

# ORDER

The COURT, having considered the above stipulation and finding good cause, **HEREBY ORDERS** that:

The Court's Amended Pretrial Scheduling Order (Document No. 29) will be amended to **CONTINUE** the deadline to complete Phase I discovery regarding facts that are relevant to whether this action should be certified as a class action to **June 1, 2021**. The Amended Pretrial Scheduling Order will remain in effect in all other respects.

**IT IS SO ORDERED**.

Dated: February 26, 2021

Troy L. Nunley
United States District Judge