1  Galen T. Shimoda (Cal. State Bar No. 226752)
   Justin P. Rodriguez (Cal. State Bar No. 278275)
2  Brittany V. Berzin (Cal. State Bar No. 325121)
   **Shimoda Law Corp.**
3  9401 East Stockton Boulevard, Suite 120
   Elk Grove, CA 95624
4  Telephone: (916) 525-0716
   Facsimile: (916) 760-3733
5  Email: attorney@shimodalaw.com
          jrodriguez@shimodalaw.com
6
   Attorneys for Plaintiff JANICE INSIXIENGMAY,
7  on behalf of herself and similarly situated employees

8  Joseph W. Ozmer II (SBN 316203)
   J. Scott Carr (SBN 136706)
9  KABAT CHAPMAN & OZMER LLP
   333 S. Grand Ave., Suite 2225
10 Los Angeles, CA 90071
   Telephone: (213) 493-3980
11 Facsimile: (404) 400-7333
   Email: jozmer@kcozlaw.com
12        scarr@kcozlaw.com

13

14 Attorneys for Defendants HYATT CORPORATION
   d/b/a HYATT REGENCY SACRAMENTO (*erroneously sued as both "Hyatt Corporation" and "Hyatt*
15 *Corporation dba Hyatt Regency Sacramento*)

16
                    **UNITED STATES DISTRICT COURT**
17
                    **EASTERN DISTRICT OF CALIFORNIA**
18

19 JANICE INSIXIENGMAY, individually        )  **Case No. 2:18-cv-02993-TLN-DB**
   and on behalf of all others similarly    )
20 situated,                                )  **STIPULATION AND ORDER TO**
                                            )  **AMEND THE COURT'S AMENDED**
21              Plaintiff,                   )  **PRETRIAL SCHEDULING ORDER TO**
                                            )  **CONTINUE PHASE I DISCOVERY**
22       vs.                                )
                                            )
23 HYATT CORPORATION, a Delaware            )
   Corporation;                            )
24 HYATT CORPORATION DBA HYATT             )
   REGENCY SACRAMENTO, an unknown          )
25 association; and                         )  Complaint Filed:    October 4, 2018
   DOES 1 to 100, inclusive,               )  FAC Filed:          April 7, 2020
26                                          )
                                            )
27                                          )
              Defendants.                   )
28

---

STIPULATION & ORDER TO CONTINUE PHASE I DISCOVERY      2:18-cv-02993-TLN-DB      1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Stipulation and proposed Order is entered into between Plaintiff JANICE INSIXIENGMAY ("Plaintiff") and Defendant HYATT CORPORATION d/b/a HYATT REGENCY SACRAMENTO (*erroneously sued as both "Hyatt Corporation" and "Hyatt Corporation dba Hyatt Regency Sacramento"*) ("Defendant") (all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, the Court entered an Amended Pretrial Scheduling Order on August 3, 2020 (Document No. 29) providing that Phase I discovery regarding facts that are relevant to whether this action should be certified as a class action shall be completed within two hundred forty (240) days (*i.e.,* March 31, 2021);

WHEREAS, as a result of a prior informal discovery conference on February 19, 2021, with Hon. Deborah Barnes, the Court suggested a stipulation and order to continue the factual discovery deadline, which was granted on February 26, 2021, continuing the deadline to June 1, 2021 (Document No. 39);

WHEREAS, the Court further amended the Amended Pretrial Scheduling Order (Document No. 29) on May 25, 2021 to continue the Phase I discovery deadline to August 2, 2021 (Document No. 41) to provide Defendant with additional time to produce electronic copies of time and pay records for a sample of employees the parties agreed to, as Defendant encountered difficulties in obtaining the requested data in electronic form;

WHEREAS, thereafter Defendant continued to attempt to obtain and produce the data in electronic form but encountered additional difficulties;

WHEREAS, on or about July 15, 2021 Defendant's counsel informed Plaintiff's counsel that Defendant now intends to produce time and pay records from its hard copies because it was ultimately unable to obtain complete electronic data;

WHEREAS, the parties submitted a stipulation and order to continue the Phase I discovery deadline, which was granted and continued November 2, 2021 (Document No. 44);

WHEREAS, Defendant requires additional time to produce these documents due to the volume of the information;

1    WHEREAS, Plaintiff will need an opportunity to review these records prior to taking depositions

2 and preparing a motion for class certification;

3    WHEREAS, the Parties agree the depositions of Plaintiff and Rule 30(b)(6) designees of

4 Defendant should take place after the time and pay records are produced;

5    WHEREAS, the parties are meeting and conferring to set dates for these depositions;

6    WHEREAS, Defendant will also wish to depose any putative class members who provide

7 declarations;

8    WHEREAS, to allow the Parties to continue to work cooperatively through the discovery issues

9 without requiring formal discovery orders on motions to compel, the Parties believe additional time is

10 necessary to complete Phase I discovery and agree there is good cause to continue the deadline for Phase

11 I discovery approximately ninety (90) days;

12    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

13 Parties, subject to the approval of the Court, as follows:

14    1.    The Court's Amended Pretrial Scheduling Order (Document No. 44) will be further

15 amended to continue the deadline to complete Phase I discovery regarding facts that are relevant to

16 whether this action should be certified as a class action to February 2, 2022.

17

18                                              **Shimoda Law Corp.**

19

20

   Dated: October 22, 2021                    By:    /s/ Justin P. Rodriguez
21                                                    Galen T. Shimoda
                                                      Justin P. Rodriguez
22                                                    Brittany V. Berzin
                                                      Attorneys for Plaintiff
23

24

25                                              KABAT CHAPMAN & OZMER LLP

26

27 Dated: October 22, 2021                    By:    /s/ J. Scott Carr
                                                      Joseph W. Ozmer II
28                                                    J. Scott Carr (as authorized on 10/19/21)
                                                      Attorneys for Defendants

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS that:

The Court's Amended Pretrial Scheduling Order (Document No. 44) will be further amended to continue the deadline to complete Phase I discovery regarding facts that are relevant to whether this action should be certified as a class action to February 2, 2022.  The Amended Pretrial Scheduling Order will remain in effect in all other respects.

IT IS SO ORDERED.

Dated:  October 22, 2021

_____
Troy L. Nunley
United States District Judge