1  Galen T. Shimoda (Cal. State Bar No. 226752)
   Justin P. Rodriguez (Cal. State Bar No. 278275)
2  Brittany V. Berzin (Cal. State Bar No. 325121)
   **Shimoda & Rodriguez Law, PC**
3  9401 East Stockton Boulevard, Suite 120
   Elk Grove, CA 95624
4  Telephone: (916) 525-0716
   Facsimile: (916) 760-3733
5  Email: attorney@shimodalaw.com
          jrodriguez@shimodalaw.com
6         bberzin@shimodalaw.com

7  Attorneys for Plaintiff JANICE INSIXIENGMAY,
   on behalf of herself and similarly situated employees
8
   Joseph W. Ozmer II (SBN 316203)
9  J. Scott Carr (SBN 136706)
   KABAT CHAPMAN & OZMER LLP
10 333 S. Grand Ave., Suite 2225
   Los Angeles, CA 90071
11 Telephone: (213) 493-3980
   Facsimile: (404) 400-7333
12 Email: jozmer@kcozlaw.com
          scarr@kcozlaw.com
13
14 Attorneys for Defendant HYATT CORPORATION
   d/b/a HYATT REGENCY SACRAMENTO (*erroneously sued as both "Hyatt Corporation" and "Hyatt
15 Corporation dba Hyatt Regency Sacramento*)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE INSIXIENGMAY, individually and on behalf of all others similarly situated, | Case No. 2:18-cv-02993-TLN-DB |
| Plaintiff, | **CLASS ACTION** |
| vs. | **STIPULATION AND ORDER TO FILE A SECOND AMENDED COMPLAINT** |
| HYATT CORPORATION, a Delaware Corporation; HYATT CORPORATION DBA HYATT REGENCY SACRAMENTO, a Delaware Corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

1   This Stipulation and proposed Order is entered into between Plaintiff Janice Insixiengmay ("Plaintiff") and Defendant Hyatt Corporation dba Hyatt Regency Sacramento (*erroneously sued as both "Hyatt Corporation" and "Hyatt Corporation dba Hyatt Regency Sacramento"*) ("Defendant"), (Plaintiff and Defendant all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS, Plaintiff initiated the above entitled action by filing a wage and hour putative class action Complaint in the Sacramento Superior Court on October 4, 2018, against Defendant;

WHEREAS, Defendant removed this action to this Court on November 15, 2018;

WHEREAS, Plaintiff filed a First Amended Complaint on April 7, 2020, to include claims under the Private Attorneys General Act of 2004;

WHEREAS, during the course of this litigation, including through formal and informal discovery, Plaintiff has been investigating the asserted claims and allegations and has found that they encompassed non-exempt employees in general, which is broader than the putative class definition that appears in the operative First Amended Complaint;

WHEREAS, through formal and informal discovery, Defendant has produced a substantial amount of data and documents regarding non-exempt employees, including for those who are beyond the putative class definition that appears in the operative First Amended Complaint;

WHEREAS, Plaintiff and Defendant participated in mediation on March 20, 2023, resolving claims covering the scope of individuals that matched the informal and formal discovery conducted during the litigation;

WHEREAS, Plaintiff seeks to file a Second Amended Complaint to 1) modify the scope of the putative class to include all individuals within the scope of data and documents produced by Defendant through formal and informal discovery and to match the scope of the resolution reached by the parties; and 2) to clarify the correctly named defendant is Hyatt Corporation dba Hyatt Regency Sacramento;

WHEREAS, Defendant has agreed to Plaintiff filing of a Second Amended Complaint, a true and correct copy of which is attached hereto as **Exhibit A**;

WHEREAS, Defendant denies the allegations in the proposed Second Amended Complaint and does not make any admission of any kind whatsoever in this stipulation;

WHEREAS, the Parties agree that good cause exists to enter this stipulation and for the Court to issue an Order consistent with this stipulation;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That the Court will enter an Order granting leave to file the Second Amended Complaint, attached hereto as **Exhibit A**;

2. That upon the date of entry of the Order hereon by the Court, Plaintiff shall have fifteen (15) days to file and serve the Second Amended Complaint; and

3. That Defendant shall have thirty (30) days from the date of service of the Second Amended Complaint to file a responsive pleading.

KABAT CHAPMAN & OZMER LLP

DATED: April 6, 2023            By:   /s/ J. Scott Carr
                                      Joseph W. Ozmer II
                                      J. Scott Carr (authorized on 4/4/23)
                                      Attorneys for Defendant


SHIMODA & RODRIGUEZ LAW, PC

DATED: April 6, 2023            By:   /s/ Justin P. Rodriguez
                                      Galen T. Shimoda
                                      Justin P. Rodriguez
                                      Brittany V. Berzin
                                      Attorneys for Plaintiff

**ORDER**

The COURT, having considered the above stipulation, HEREBY ORDERS that:

1. Plaintiff's request for leave to file the Second Amended Complaint is GRANTED;
2. Plaintiff shall have fifteen (15) days from the date of this Order to file and serve the Second Amended Complaint; and
3. Defendant shall have thirty (30) days from the date of service of the Second Amended Complaint to file a responsive pleading.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: April 6, 2023

Troy L. Nunley
United States District Judge