# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JANICE INSIXIENGMAY,**

CASE NO: **2:18–CV–02993–TLN–SCR**

v.

**HYATT CORPORATION, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/23/2024**

**Keith Holland**
Clerk of Court

ENTERED: **September 23, 2024**

by: /s/ L. Mena–Sanchez
Deputy Clerk